Insured: Cherfrere, Franceour
Property: 1510 NE 136th ST
North Miami, FL 33161

**Claim Number:**                    **Policy Number:** FSF15768654001                    **Type of Loss:** Fire

Date of Loss: 6/24/2021 12:00 AM                    Date Received:
Date Inspected:                                       Date Entered:   7/12/2021 11:25 AM

Price List: FLMI8X_JUL21
Restoration/Service/Remodel
Estimate: CHERFRERE-FRANCEOUR

**This is a repair estimate only. The insurance company policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee of payment.**

**The following estimate has been prepared based on representation made by the insured. The work outlined in the following pages will be preformed in accordance with all the standards set forth by the South Florida Building Code. Any additional credits or work required by the client will be processed in the form of a change order.**

**Florida Statute 626.954 (1)**
**"Unfair Insurance Trade Practice Act"**
**Specifically addresses the matter of unfair claim settlement practices**
**1. Not attempting in good faith to settle claims when, under all the circumstances, it could and should of done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

**Pursuant to s.817.234, Florida Statues, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains false, incomplete, or misleading information concerning any fact or thing material the claim commits a felony of the third degree, punishable as provided in s.775.082, s.775.803, or s.775.084, Florida Statues.**

**CHERFRERE-FRANCEOUR**

**Main Level**

| Kitchen | | | | | | Height: 8' |
|---|---|---|---|---|---|---|

267.33 SF Walls        101.13 SF Ceiling
368.47 SF Walls & Ceiling        101.13 SF Floor
11.24 SY Flooring        35.00 LF Floor Perimeter
43.50 LF Ceil. Perimeter

| | | |
|---|---|---|
| **Window** | 3' X 4' | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Window** | 3' X 4' | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into LAUNDRY_ROOM** |
| **Missing Wall - Goes to Floor** | 3' 6" X 6' 8" | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | **Ceiling** | | | | | |
| 1. Light fixture - Detach & reset | 2.00 EA | | 0.00 | 43.06 | 0.00 | 17.22 | 103.34 |
| 2. Clean light fixture | 2.00 EA | | 0.00 | 8.59 | 0.01 | 3.44 | 20.63 |
| 3. R&R 5/8" drywall - hung, taped, ready for texture | 101.13 SF | | 0.50 | 2.19 | 3.96 | 55.22 | 331.22 |
| 4. Texture drywall - heavy hand texture | 101.13 SF | | 0.00 | 1.05 | 1.49 | 21.54 | 129.22 |
| 5. R&R Crown molding - 3 1/4" | 19.42 LF | | 0.79 | 4.40 | 2.42 | 20.64 | 123.85 |
| 6. Paint crown molding - one coat | 19.42 LF | | 0.00 | 0.95 | 0.15 | 3.74 | 22.34 |
| | | **Wall** | | | | | |
| 7. Clean window unit (per side) 10 - 20 SF | 2.00 EA | | 0.00 | 12.21 | 0.00 | 4.88 | 29.30 |
| 8. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 14.84 | 0.00 | 2.96 | 17.80 |
| 9. Clean register - heat / AC | 1.00 EA | | 0.00 | 4.57 | 0.00 | 0.92 | 5.49 |
| 10. R&R Cabinetry - upper (wall) units | 9.00 LF | | 8.94 | 154.48 | 72.56 | 308.68 | 1,852.02 |
| 11. Outlet or switch - Detach & reset | 8.00 EA | | 0.00 | 15.44 | 0.00 | 24.70 | 148.22 |
| 12. R&R Countertop - flat laid plastic laminate | 7.00 LF | | 5.13 | 41.87 | 13.51 | 68.50 | 411.01 |
| 13. R&R Sink faucet - Kitchen | 1.00 EA | | 22.31 | 268.61 | 12.46 | 60.68 | 364.06 |
| 14. R&R Sink - single | 1.00 EA | | 22.31 | 284.65 | 11.08 | 63.62 | 381.66 |
| 15. R&R P-trap assembly - ABS (plastic) | 1.00 EA | | 8.92 | 70.07 | 0.48 | 15.90 | 95.37 |
| 16. R&R Angle stop valve | 2.00 EA | | 5.95 | 38.78 | 1.01 | 18.10 | 108.57 |
| 17. R&R Plumbing fixture supply line | 2.00 EA | | 5.95 | 21.78 | 0.84 | 11.26 | 67.56 |
| 18. Cabinetry - lower (base) units | 7.00 LF | | 0.00 | 223.51 | 90.26 | 330.98 | 1,985.81 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 19.  Cabinetry - full height unit | 2.00 LF | | 0.00 | 337.96 | 34.75 | 142.14 | 852.81 |
| 20.  Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 36.10 | 0.00 | 7.22 | 43.32 |
| 21.  Range - freestanding - electric | 1.00 EA | | 0.00 | 624.43 | 39.23 | 132.72 | 796.38 |
| 22.  Mask wall - plastic, paper, tape (per LF) | 43.50 LF | | 0.00 | 1.39 | 0.79 | 12.26 | 73.52 |
| 23.  R&R Stud wall - 2" x 4" - 16" oc | 91.33 SF | | 0.26 | 4.12 | 15.86 | 83.20 | 499.09 |
| 24.  R&R 1/2" drywall - hung, taped, ready for texture | 267.33 SF | | 0.50 | 2.08 | 9.36 | 139.84 | 838.92 |
| 25.  Texture drywall - heavy hand texture | 267.33 SF | | 0.00 | 1.05 | 3.93 | 56.92 | 341.55 |
| 26.  Seal the walls w/latex based stain blocker - one coat | 267.33 SF | | 0.00 | 0.58 | 1.31 | 31.28 | 187.64 |
| 27.  Paint the walls - two coats | 267.33 SF | | 0.00 | 0.96 | 4.87 | 52.30 | 313.81 |
| 28.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | | 7.48 | 158.88 | 15.15 | 69.60 | 417.47 |
| 29.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 30.23 | 0.69 | 12.24 | 73.39 |
| 30.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | | 25.49 | 333.93 | 17.26 | 75.34 | 452.02 |
| 31.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 32.  R&R Door lockset & deadbolt - exterior | 1.00 EA | | 17.85 | 85.70 | 4.03 | 21.52 | 129.10 |
| 33.  R&R Baseboard - 4 1/4" | 28.00 LF | | 0.54 | 4.03 | 3.92 | 26.36 | 158.24 |
| 34.  Seal & paint baseboard - two coats | 28.00 LF | | 0.00 | 1.42 | 0.22 | 8.00 | 47.98 |
| **Floor** | | | | | | | |
| 35.  Floor protection - self-adhesive plastic film | 101.13 SF | | 0.00 | 0.62 | 0.99 | 12.74 | 76.43 |
| 36.  R&R Mortar bed for tile floors | 101.13 SF | | 1.60 | 3.62 | 13.66 | 108.32 | 649.88 |
| 37.  R&R Tile floor covering - High grade | 101.13 SF | | 2.97 | 10.16 | 45.16 | 274.62 | 1,647.62 |
| 38.  Additional labor to remove tile from concrete slab | 101.13 SF | | 2.03 | 0.00 | 0.00 | 41.06 | 246.35 |
| **General** | | | | | | | |
| 39.  Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 33.65 | 0.00 | 13.46 | 80.76 |
| 40.  Deodorize building - Ozone treatment | 809.06 CF | | 0.00 | 0.03 | 0.00 | 4.86 | 29.13 |
| 41.  Final cleaning - construction - Residential | 101.13 SF | | 0.00 | 0.22 | 0.00 | 4.46 | 26.71 |
| Totals:  Kitchen | | | | | 422.00 | 2,370.86 | 14,224.14 |



**Laundry Room**                                                                    **Height: 8'**

116.67  SF Walls                              20.42  SF Ceiling
137.08  SF Walls & Ceiling                    20.42  SF Floor
2.27  SY Flooring                             15.67  LF Floor Perimeter
18.17  LF Ceil. Perimeter

**Door**                    2' 6" X 6' 8"                 Opens into KITCHEN
**Window**                  3' X 4'                       Opens into Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | **Ceiling** | | | | |
| 42.  Porcelain light fixture | 1.00 EA | | 0.00 | 25.60 | 0.38 | 5.20 | 31.18 |
| 43.  R&R 5/8" drywall - hung, taped, ready for texture | 20.42 SF | | 0.50 | 2.19 | 0.80 | 11.14 | 66.87 |
| 44.  Texture drywall - heavy hand texture | 20.42 SF | | 0.00 | 1.05 | 0.30 | 4.34 | 26.08 |
| | | | **Wall** | | | | |
| 45.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | | 0.00 | 12.21 | 0.00 | 2.44 | 14.65 |
| 46.  R&R Water heater - 100 gal - Residential grade - Gas | 1.00 EA | | 76.45 | 3,383.76 | 200.01 | 732.06 | 4,392.28 |
| 47.  Outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 15.44 | 0.00 | 6.18 | 37.06 |
| 48.  Mask wall - plastic, paper, tape (per LF) | 18.17 LF | | 0.00 | 1.39 | 0.33 | 5.12 | 30.71 |
| 49.  R&R Stud wall - 2" x 4" - 16" oc | 56.00 SF | | 0.26 | 4.12 | 9.72 | 51.00 | 306.00 |
| 50.  R&R 1/2" drywall - hung, taped, ready for texture | 116.67 SF | | 0.50 | 2.08 | 4.08 | 61.02 | 366.11 |
| 51.  Texture drywall - heavy hand texture | 116.67 SF | | 0.00 | 1.05 | 1.72 | 24.84 | 149.06 |
| 52.  Seal the walls w/latex based stain blocker - one coat | 116.67 SF | | 0.00 | 0.58 | 0.57 | 13.66 | 81.90 |
| 53.  Paint the walls - two coats | 116.67 SF | | 0.00 | 0.96 | 2.12 | 22.82 | 136.94 |
| 54.  R&R Bifold door - Colonist - Single | 1.00 EA | | 14.87 | 147.24 | 6.48 | 33.72 | 202.31 |
| 55.  Paint single bifold door - slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 29.86 | 0.58 | 6.10 | 36.54 |
| 56.  R&R Baseboard - 4 1/4" | 15.67 LF | | 0.54 | 4.03 | 2.19 | 14.78 | 88.58 |
| 57.  Seal & paint baseboard - two coats | 15.67 LF | | 0.00 | 1.42 | 0.12 | 4.48 | 26.85 |
| | | | **Floor** | | | | |
| 58.  Floor protection - self-adhesive plastic film | 20.42 SF | | 0.00 | 0.62 | 0.20 | 2.58 | 15.44 |
| 59.  R&R Mortar bed for tile floors | 20.42 SF | | 1.60 | 3.62 | 2.76 | 21.88 | 131.23 |
| 60.  R&R Tile floor covering - High grade | 20.42 SF | | 2.97 | 10.16 | 9.12 | 55.46 | 332.70 |

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 61.  Additional labor to remove tile from concrete slab | 20.42 SF | | 2.03 | 0.00 | 0.00 | 8.30 | 49.75 |
| | | **General** | | | | | |
| 62.  Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 33.65 | 0.00 | 13.46 | 80.76 |
| 63.  Deodorize building - Ozone treatment | 163.33 CF | | 0.00 | 0.03 | 0.00 | 0.98 | 5.88 |
| 64.  Final cleaning - construction - Residential | 20.42 SF | | 0.00 | 0.22 | 0.00 | 0.90 | 5.39 |
| Totals:  Laundry Room | | | | | 241.48 | 1,102.46 | 6,614.27 |

**Living Room**                                                                                    **Height: 8'**

386.92 SF Walls                              253.58 SF Ceiling
640.50 SF Walls & Ceiling                    253.58 SF Floor
28.18 SY Flooring                            52.42 LF Floor Perimeter
63.83 LF Ceil. Perimeter

| **Door** | **2' 6" X 6' 8"** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' 6" X 6' 8"** | **Opens into KITCHEN** |
| **Missing Wall - Goes to Floor** | **5' 5" X 7'** | **Opens into HALL** |
| **Window** | **9' 2" X 5'** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | **Ceiling** | | | | | |
| 65.  Light fixture - Detach & reset | 1.00 EA | | 0.00 | 43.06 | 0.00 | 8.62 | 51.68 |
| 66.  Clean light fixture | 1.00 EA | | 0.00 | 8.59 | 0.00 | 1.72 | 10.31 |
| 67.  Clean the walls and ceiling | 640.50 SF | | 0.00 | 0.30 | 0.45 | 38.54 | 231.14 |
| 68.  Seal the ceiling w/latex based stain blocker - one coat | 253.58 SF | | 0.00 | 0.58 | 1.24 | 29.66 | 177.98 |
| 69.  Paint the ceiling - two coats | 253.58 SF | | 0.00 | 0.96 | 4.62 | 49.60 | 297.66 |
| 70.  Clean crown molding | 52.50 LF | | 0.00 | 0.37 | 0.04 | 3.88 | 23.35 |
| 71.  Paint crown molding - one coat | 52.50 LF | | 0.00 | 0.95 | 0.40 | 10.06 | 60.34 |
| | | **Wall** | | | | | |
| 72.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | | 0.00 | 12.21 | 0.00 | 2.44 | 14.65 |
| 73.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 14.84 | 0.00 | 2.96 | 17.80 |
| 74.  Clean register - heat / AC | 1.00 EA | | 0.00 | 4.57 | 0.00 | 0.92 | 5.49 |
| 75.  Outlet or switch - Detach & reset | 5.00 EA | | 0.00 | 15.44 | 0.00 | 15.44 | 92.64 |

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 76. Clean outlet or switch | 5.00 EA | | 0.00 | 2.82 | 0.00 | 2.82 | 16.92 |
| 77. Mask wall - plastic, paper, tape (per LF) | 63.83 LF | | 0.00 | 1.39 | 1.16 | 17.98 | 107.86 |
| 78. Seal the walls w/latex based stain blocker - one coat | 386.92 SF | | 0.00 | 0.58 | 1.90 | 45.26 | 271.57 |
| 79. Paint the walls - two coats | 386.92 SF | | 0.00 | 0.96 | 7.04 | 75.68 | 454.16 |
| 80. R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 7.48 | 158.88 | 7.58 | 34.80 | 208.74 |
| 81. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 30.23 | 0.35 | 6.12 | 36.70 |
| 82. Clean door (per side) | 1.00 EA | | 0.00 | 5.86 | 0.01 | 1.18 | 7.05 |
| 83. Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 84. Clean door hardware - Heavy | 1.00 EA | | 0.00 | 7.57 | 0.01 | 1.52 | 9.10 |
| 85. R&R Baseboard - 4 1/4" | 52.42 LF | | 0.54 | 4.03 | 7.34 | 49.38 | 296.28 |
| 86. Seal & paint baseboard - two coats | 52.42 LF | | 0.00 | 1.42 | 0.40 | 14.96 | 89.80 |
| | | **Floor** | | | | | |
| 87. Floor protection - self-adhesive plastic film | 253.58 SF | | 0.00 | 0.62 | 2.49 | 31.94 | 191.65 |
| 88. R&R Mortar bed for tile floors | 253.58 SF | | 1.60 | 3.62 | 34.26 | 271.60 | 1,629.55 |
| 89. R&R Tile floor covering - High grade | 253.58 SF | | 2.97 | 10.16 | 113.25 | 688.56 | 4,131.31 |
| 90. Additional labor to remove tile from concrete slab | 253.58 SF | | 2.03 | 0.00 | 0.00 | 102.96 | 617.73 |
| | | **General** | | | | | |
| 91. Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 92. Deodorize building - Ozone treatment | 2,028.67 CF | | 0.00 | 0.03 | 0.00 | 12.18 | 73.04 |
| 93. Final cleaning - construction - Residential | 253.58 SF | | 0.00 | 0.22 | 0.00 | 11.16 | 66.95 |
| Totals: Living Room | | | | | 183.13 | 1,546.10 | 9,276.39 |

**Hall**                                                                                         **Height: 7'**

| | |
|---|---|
| 89.03  SF Walls | 27.22  SF Ceiling |
| 116.24  SF Walls & Ceiling | 27.22  SF Floor |
| 3.02  SY Flooring | 12.17  LF Floor Perimeter |
| 29.17  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into BEDROOM_1** |
| **Door** | **2' 3" X 6' 8"** | **Opens into BATHROOM** |
| **Missing Wall - Goes to Floor** | **2' 8" X 6' 8"** | **Opens into HVAC_ROOM** |
| **Missing Wall - Goes to Floor** | **5' 5" X 7'** | **Opens into LIVING_ROOM** |
| **Door** | **1' 8" X 6' 8"** | **Opens into LINEN_CLOSET** |
| **Door** | **2' 6" X 6' 8"** | **Opens into BEDROOM_2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | **Ceiling** | | | | |
| 94.  Light fixture - Detach & reset | 1.00 EA | | 0.00 | 43.06 | 0.00 | 8.62 | 51.68 |
| 95.  Clean light fixture | 1.00 EA | | 0.00 | 8.59 | 0.00 | 1.72 | 10.31 |
| 96.  Clean the walls and ceiling | 116.24 SF | | 0.00 | 0.30 | 0.08 | 7.00 | 41.95 |
| 97.  Seal the ceiling w/latex based stain blocker - one coat | 27.22 SF | | 0.00 | 0.58 | 0.13 | 3.18 | 19.10 |
| 98.  Paint the ceiling - two coats | 27.22 SF | | 0.00 | 0.96 | 0.50 | 5.32 | 31.95 |
| | | | **Wall** | | | | |
| 99.  Thermostat - Detach & reset | 1.00 EA | | 0.00 | 49.62 | 0.00 | 9.92 | 59.54 |
| 100.  Clean thermostat | 1.00 EA | | 0.00 | 10.36 | 0.00 | 2.08 | 12.44 |
| 101.  Outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 15.44 | 0.00 | 6.18 | 37.06 |
| 102.  Clean outlet or switch | 2.00 EA | | 0.00 | 2.82 | 0.00 | 1.12 | 6.76 |
| 103.  Mask and prep for paint - plastic, paper, tape (per LF) | 29.17 LF | | 0.00 | 1.33 | 0.53 | 7.86 | 47.19 |
| 104.  Seal the walls w/latex based stain blocker - one coat | 89.03 SF | | 0.00 | 0.58 | 0.44 | 10.40 | 62.48 |
| 105.  Paint the walls - two coats | 89.03 SF | | 0.00 | 0.96 | 1.62 | 17.42 | 104.51 |
| 106.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 7.48 | 158.88 | 7.58 | 34.80 | 208.74 |
| 107.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 30.23 | 0.35 | 6.12 | 36.70 |
| 108.  Clean door (per side) | 1.00 EA | | 0.00 | 5.86 | 0.01 | 1.18 | 7.05 |
| 109.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 110.  Clean door hardware - Heavy | 1.00 EA | | 0.00 | 7.57 | 0.01 | 1.52 | 9.10 |
| 111.  R&R Baseboard - 4 1/4" | 12.17 LF | | 0.54 | 4.03 | 1.70 | 11.48 | 68.80 |
| 112.  Seal & paint baseboard - two coats | 12.17 LF | | 0.00 | 1.42 | 0.09 | 3.48 | 20.85 |

**CONTINUED - Hall**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Floor** | | | | | | | |
| 113.  Floor protection - self-adhesive plastic film | 27.22 SF | | 0.00 | 0.62 | 0.27 | 3.44 | 20.59 |
| 114.  R&R Mortar bed for tile floors | 27.22 SF | | 1.60 | 3.62 | 3.68 | 29.16 | 174.93 |
| 115.  R&R Tile floor covering - High grade | 27.22 SF | | 2.97 | 10.16 | 12.16 | 73.92 | 443.48 |
| 116.  Additional labor to remove tile from concrete slab | 27.22 SF | | 2.03 | 0.00 | 0.00 | 11.06 | 66.32 |
| **General** | | | | | | | |
| 117.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 118.  Deodorize building - Ozone treatment | 190.51 CF | | 0.00 | 0.03 | 0.00 | 1.14 | 6.86 |
| 119.  Final cleaning - construction - Residential | 27.22 SF | | 0.00 | 0.22 | 0.00 | 1.20 | 7.19 |
| Totals:  Hall | | | | | 29.74 | 273.48 | 1,640.52 |



**Linen Closet**                                                                                  **Height: 8'**

| 44.89 SF Walls | 3.00 SF Ceiling |
|---|---|
| 47.89 SF Walls & Ceiling | 3.00 SF Floor |
| 0.33 SY Flooring | 5.33 LF Floor Perimeter |
| 7.00 LF Ceil. Perimeter | |

**Door**                                            **1' 8" X 6' 8"**                    **Opens into HALL**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 120.  Clean the walls and ceiling | 47.89 SF | | 0.00 | 0.30 | 0.03 | 2.88 | 17.28 |
| 121.  Seal the ceiling w/latex based stain blocker - one coat | 3.00 SF | | 0.00 | 0.58 | 0.01 | 0.34 | 2.09 |
| 122.  Paint the ceiling - two coats | 3.00 SF | | 0.00 | 0.96 | 0.05 | 0.60 | 3.53 |
| **Wall** | | | | | | | |
| 123.  Mask and prep for paint - plastic, paper, tape (per LF) | 7.00 LF | | 0.00 | 1.33 | 0.13 | 1.88 | 11.32 |
| 124.  Seal the walls w/latex based stain blocker - one coat | 44.89 SF | | 0.00 | 0.58 | 0.22 | 5.24 | 31.50 |
| 125.  Paint the walls - two coats | 44.89 SF | | 0.00 | 0.96 | 0.82 | 8.78 | 52.69 |
| 126.  Seal & paint baseboard - two coats | 5.33 LF | | 0.00 | 1.42 | 0.04 | 1.52 | 9.13 |
| **Floor** | | | | | | | |

**CONTINUED - Linen Closet**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 127.  Floor protection - self-adhesive plastic film | 3.00 | SF | | 0.00 | 0.62 | 0.03 | 0.38 | 2.27 |
| 128.  Clean floor - terrazzo | 3.00 | SF | | 0.00 | 0.36 | 0.00 | 0.22 | 1.30 |
| | | | **General** | | | | | |
| 129.  Content Manipulation charge - per hour | 1.00 | HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 130.  Deodorize building - Ozone treatment | 24.00 | CF | | 0.00 | 0.03 | 0.00 | 0.14 | 0.86 |
| 131.  Final cleaning - construction - Residential | 3.00 | SF | | 0.00 | 0.22 | 0.00 | 0.14 | 0.80 |

| Totals:  Linen Closet | | | | | | 1.33 | 28.86 | 173.16 |
|---|---|---|---|---|---|---|---|---|



**HVAC Room** **Height: 8'**

| | |
|---|---|
| 63.56 SF Walls | 5.96 SF Ceiling |
| 69.51 SF Walls & Ceiling | 5.96 SF Floor |
| 0.66 SY Flooring | 7.50 LF Floor Perimeter |
| 10.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**    **2' 8" X 6' 8"**    **Opens into HALL**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | **Ceiling** | | | | | |
| 132.  Clean the walls and ceiling | 69.51 | SF | | 0.00 | 0.30 | 0.05 | 4.20 | 25.10 |
| 133.  Seal the ceiling w/latex based stain blocker - one coat | 5.96 | SF | | 0.00 | 0.58 | 0.03 | 0.70 | 4.19 |
| 134.  Paint the ceiling - two coats | 5.96 | SF | | 0.00 | 0.96 | 0.11 | 1.16 | 6.99 |
| | | | **Wall** | | | | | |
| 135.  Mask and prep for paint - plastic, paper, tape (per LF) | 10.17 | LF | | 0.00 | 1.33 | 0.18 | 2.74 | 16.45 |
| 136.  Seal the walls w/latex based stain blocker - one coat | 63.56 | SF | | 0.00 | 0.58 | 0.31 | 7.44 | 44.61 |
| 137.  Paint the walls - two coats | 63.56 | SF | | 0.00 | 0.96 | 1.16 | 12.44 | 74.62 |
| 138.  Seal & paint baseboard - two coats | 7.50 | LF | | 0.00 | 1.42 | 0.06 | 2.16 | 12.87 |
| | | | **Floor** | | | | | |
| 139.  Floor protection - self-adhesive plastic film | 5.96 | SF | | 0.00 | 0.62 | 0.06 | 0.76 | 4.52 |
| 140.  Clean floor - terrazzo | 5.96 | SF | | 0.00 | 0.36 | 0.00 | 0.44 | 2.59 |
| | | | **General** | | | | | |

**CONTINUED - HVAC Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 141.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 142.  Deodorize building - Ozone treatment | 47.67 CF | | 0.00 | 0.03 | 0.00 | 0.28 | 1.71 |
| 143.  Final cleaning - construction - Residential | 5.96 SF | | 0.00 | 0.22 | 0.00 | 0.26 | 1.57 |
| Totals:  HVAC Room | | | | | 1.96 | 39.32 | 235.61 |



| **Bathroom** | | | **Height: 8'** |
|---|---|---|---|
| 184.33 SF Walls | | 37.21 SF Ceiling | |
| 221.54 SF Walls & Ceiling | | 37.21 SF Floor | |
| 4.13 SY Flooring | | 22.92 LF Floor Perimeter | |
| 25.17 LF Ceil. Perimeter | | | |

| **Window** | **1' X 2'** | **Opens into Exterior** |
|---|---|---|
| **Door** | **2' 3" X 6' 8"** | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | **Ceiling** | | | | |
| 144.  R&R 5/8" mold/mildew resistant - hung, taped ready for texture | 37.21 SF | | 0.50 | 2.45 | 1.82 | 22.32 | 133.91 |
| 145.  Texture drywall - smooth / skim coat | 37.21 SF | | 0.00 | 1.39 | 0.36 | 10.42 | 62.50 |
| 146.  Seal the ceiling w/latex based stain blocker - one coat | 37.21 SF | | 0.00 | 0.58 | 0.18 | 4.36 | 26.12 |
| 147.  Paint the ceiling - two coats | 37.21 SF | | 0.00 | 0.96 | 0.68 | 7.28 | 43.68 |
| | | | **Wall** | | | | |
| 148.  R&R Outlet | 2.00 EA | | 5.98 | 12.79 | 0.22 | 7.56 | 45.32 |
| 149.  R&R Light bar - 3 lights | 1.00 EA | | 23.79 | 68.43 | 1.87 | 18.82 | 112.91 |
| 150.  R&R Medicine cabinet | 1.00 EA | | 21.44 | 191.60 | 11.13 | 44.82 | 268.99 |
| 151.  R&R Sink faucet - Bathroom | 1.00 EA | | 22.31 | 223.61 | 9.31 | 51.04 | 306.27 |
| 152.  R&R Pedestal sink | 1.00 EA | | 29.73 | 530.84 | 18.86 | 115.88 | 695.31 |
| 153.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | | 8.92 | 70.07 | 0.48 | 15.90 | 95.37 |
| 154.  R&R Angle stop valve | 3.00 EA | | 5.95 | 38.78 | 1.51 | 27.14 | 162.84 |
| 155.  R&R Plumbing fixture supply line | 3.00 EA | | 5.95 | 21.78 | 1.26 | 16.90 | 101.35 |
| 156.  R&R Toilet seat | 1.00 EA | | 8.11 | 59.36 | 2.20 | 13.94 | 83.61 |
| 157.  R&R Toilet | 1.00 EA | | 29.73 | 508.01 | 18.64 | 111.26 | 667.64 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 158.  R&R Tub/shower faucet | 1.00 EA | | 29.73 | 330.84 | 9.80 | 74.06 | 444.43 |
| 159.  R&R Bathtub | 1.00 EA | | 89.22 | 925.52 | 28.34 | 208.60 | 1,251.68 |
| 160.  Mask wall - plastic, paper, tape (per LF) | 25.17 LF | | 0.00 | 1.39 | 0.46 | 7.10 | 42.55 |
| 161.  R&R Batt insulation - 4" - R11- unfaced batt | 40.00 SF | | 0.29 | 0.66 | 1.01 | 7.80 | 46.81 |
| 162.  Seal stud wall for odor control (anti-microbial coating) | 64.00 SF | | 0.00 | 2.17 | 6.59 | 29.10 | 174.57 |
| 163.  R&R 1/2" mold/mildew resistant - hung, taped ready for texture | 124.33 SF | | 0.50 | 2.23 | 5.66 | 69.04 | 414.13 |
| 164.  R&R 1/2" Cement board | 60.00 SF | | 0.98 | 3.15 | 6.05 | 50.78 | 304.63 |
| 165.  R&R Mortar bed for tile | 184.33 SF | | 1.73 | 4.89 | 18.58 | 247.78 | 1,486.62 |
| 166.  R&R Ceramic/porcelain tile - High grade | 184.33 SF | | 2.14 | 11.19 | 84.52 | 508.34 | 3,049.98 |
| 167.  R&R Sill - cultured marble on 2" x 4" wall | 1.00 LF | | 0.75 | 6.45 | 0.27 | 1.52 | 8.99 |
| 168.  R&R Door dummy knob - interior | 1.00 EA | | 8.92 | 27.68 | 0.95 | 7.52 | 45.07 |
| 169.  R&R Interior door unit | 1.00 EA | | 22.31 | 259.86 | 14.11 | 59.26 | 355.54 |
| 170.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 171.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 7.48 | 158.88 | 7.58 | 34.80 | 208.74 |
| 172.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 30.23 | 0.35 | 6.12 | 36.70 |
| 173.  R&R Shower curtain rod | 1.00 EA | | 7.44 | 30.48 | 1.15 | 7.82 | 46.89 |
| **Floor** | | | | | | | |
| 174.  Floor protection - self-adhesive plastic film | 37.21 SF | | 0.00 | 0.62 | 0.36 | 4.70 | 28.13 |
| 175.  R&R Threshold - natural marble | 2.75 LF | | 3.88 | 47.08 | 4.99 | 29.04 | 174.17 |
| 176.  R&R Mortar bed for tile floors | 37.21 SF | | 1.60 | 3.62 | 5.03 | 39.84 | 239.11 |
| 177.  R&R Tile floor covering - High grade | 37.21 SF | | 2.97 | 10.16 | 16.62 | 101.04 | 606.22 |
| 178.  Additional labor to remove tile from concrete slab | 37.21 SF | | 2.03 | 0.00 | 0.00 | 15.10 | 90.64 |
| **General** | | | | | | | |
| 179.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 180.  Deodorize building - Ozone treatment | 297.67 CF | | 0.00 | 0.03 | 0.00 | 1.78 | 10.71 |
| 181.  Final cleaning - construction - Residential | 37.21 SF | | 0.00 | 0.22 | 0.00 | 1.64 | 9.83 |
| Totals:  Bathroom | | | | | 281.53 | 1,994.58 | 11,966.90 |



**Bedroom 1**                                                                 **Height: 8'**

| | |
|---|---|
| 284.78  SF Walls | 138.65  SF Ceiling |
| 423.43  SF Walls & Ceiling | 138.65  SF Floor |
| 15.41  SY Flooring | 35.08  LF Floor Perimeter |
| 47.17  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **3' X 4'** | **Opens into Exterior** |
| **Door** | **5' 1" X 6' 8"** | **Opens into CLOSET_11** |
| **Door** | **4' 6" X 6' 8"** | **Opens into CLOSET_12** |
| **Door** | **2' 6" X 6' 8"** | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | **Ceiling** | | | | | |
| 182.  Light fixture | 1.00  | | 0.00 | 63.59 | 2.31 | 13.18 | 79.08 |
| 183.  R&R 5/8" drywall - hung, taped, ready for texture | 138.65  SF | | 0.50 | 2.19 | 5.43 | 75.66 | 454.06 |
| 184.  Texture drywall - heavy hand texture | 138.65  SF | | 0.00 | 1.05 | 2.04 | 29.52 | 177.14 |
| 185.  Seal the ceiling w/latex based stain blocker - one coat | 138.65  SF | | 0.00 | 0.58 | 0.68 | 16.22 | 97.32 |
| 186.  Paint the ceiling - two coats | 138.65  SF | | 0.00 | 0.96 | 2.52 | 27.12 | 162.74 |
| | | **Wall** | | | | | |
| 187.  Heat/AC register - Mechanically attached - Detach & reset | 1.00  EA | | 0.00 | 14.84 | 0.00 | 2.96 | 17.80 |
| 188.  Clean register - heat / AC | 1.00  EA | | 0.00 | 4.57 | 0.00 | 0.92 | 5.49 |
| 189.  Outlet or switch - Detach & reset | 5.00  EA | | 0.00 | 15.44 | 0.00 | 15.44 | 92.64 |
| 190.  Clean outlet or switch | 5.00  EA | | 0.00 | 2.82 | 0.00 | 2.82 | 16.92 |
| 191.  Clean window unit (per side) 10 - 20 SF | 1.00  EA | | 0.00 | 12.21 | 0.00 | 2.44 | 14.65 |
| 192.  Mask wall - plastic, paper, tape (per LF) | 47.17  LF | | 0.00 | 1.39 | 0.86 | 13.30 | 79.73 |
| 193.  Seal the walls w/latex based stain blocker - one coat | 284.78  SF | | 0.00 | 0.58 | 1.40 | 33.32 | 199.89 |
| 194.  Paint the walls - two coats | 284.78  SF | | 0.00 | 0.96 | 5.18 | 55.72 | 334.29 |
| 195.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00  EA | | 7.48 | 158.88 | 7.58 | 34.80 | 208.74 |
| 196.  Paint door/window trim & jamb - 2 coats (per side) | 1.00  EA | | 0.00 | 30.23 | 0.35 | 6.12 | 36.70 |
| 197.  R&R Door opening (jamb & casing) - 36"to60"wide - paint grade | 2.00  EA | | 7.48 | 187.91 | 17.81 | 81.72 | 490.31 |
| 198.  Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00  EA | | 0.00 | 35.56 | 0.81 | 14.38 | 86.31 |
| 199.  Detach & Reset Interior door unit | 1.00  EA | 80.24 | 0.00 | 0.00 | 0.06 | 16.06 | 96.36 |
| 200.  Clean door (per side) | 1.00  EA | | 0.00 | 5.86 | 0.01 | 1.18 | 7.05 |

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 201.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 202.  R&R Folding door | 4.00 EA | | 20.99 | 108.51 | 12.04 | 106.00 | 636.04 |
| 203.  R&R Baseboard - 4 1/4" | 35.08 LF | | 0.54 | 4.03 | 4.91 | 33.04 | 198.26 |
| 204.  Seal & paint baseboard - two coats | 35.08 LF | | 0.00 | 1.42 | 0.27 | 10.02 | 60.10 |
| | | **Floor** | | | | | |
| 205.  Floor protection - self-adhesive plastic film | 138.65 SF | | 0.00 | 0.62 | 1.36 | 17.48 | 104.80 |
| 206.  R&R Mortar bed for tile floors | 138.65 SF | | 1.60 | 3.62 | 18.73 | 148.48 | 890.96 |
| 207.  R&R Tile floor covering - High grade | 138.65 SF | | 2.97 | 10.16 | 61.92 | 376.48 | 2,258.87 |
| 208.  Additional labor to remove tile from concrete slab | 138.65 SF | | 2.03 | 0.00 | 0.00 | 56.30 | 337.76 |
| | | **General** | | | | | |
| 209.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 210.  Deodorize building - Ozone treatment | 1,109.22 CF | | 0.00 | 0.03 | 0.00 | 6.66 | 39.94 |
| 211.  Final cleaning - construction - Residential | 138.65 SF | | 0.00 | 0.22 | 0.00 | 6.10 | 36.60 |
| Totals:  Bedroom 1 | | | | | 146.86 | 1,217.60 | 7,305.49 |



**Closet 1(1)**                                                                                     Height: 8'

| 84.78 SF Walls | 10.83 SF Ceiling |
|---|---|
| 95.61 SF Walls & Ceiling | 10.83 SF Floor |
| 1.20 SY Flooring | 9.75 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | |

**Door**                                      **5' 1" X 6' 8"**                          **Opens into BEDROOM_1**

**Subroom:  Closet 1(2) (1)**                                                               Height: 8'

| 88.67 SF Walls | 10.83 SF Ceiling |
|---|---|
| 99.50 SF Walls & Ceiling | 10.83 SF Floor |
| 1.20 SY Flooring | 10.33 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | |

**Door**                                      **4' 6" X 6' 8"**                          **Opens into BEDROOM_1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

**CONTINUED - Closet 1(1)**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | **Ceiling** | | | | |
| 212.  Clean the walls and ceiling | 195.11 SF | | 0.00 | 0.30 | 0.14 | 11.72 | 70.39 |
| 213.  Seal the ceiling w/latex based stain blocker - one coat | 21.67 SF | | 0.00 | 0.58 | 0.11 | 2.54 | 15.22 |
| 214.  Paint the ceiling - two coats | 21.67 SF | | 0.00 | 0.96 | 0.39 | 4.24 | 25.43 |
| | | | **Wall** | | | | |
| 215.  Shelving - Detach & reset | 10.83 LF | | 0.00 | 8.21 | 0.02 | 17.78 | 106.71 |
| 216.  Clean shelving - wood | 10.83 LF | | 0.00 | 0.74 | 0.03 | 1.60 | 9.64 |
| 217.  Seal & paint closet shelving | 10.83 LF | | 0.00 | 8.65 | 1.06 | 18.96 | 113.70 |
| 218.  Closet rod - Detach & reset | 10.83 LF | | 0.00 | 2.47 | 0.00 | 5.36 | 32.11 |
| 219.  Mask and prep for paint - plastic, paper, tape (per LF) | 29.67 LF | | 0.00 | 1.33 | 0.54 | 8.00 | 48.00 |
| 220.  Seal the walls w/latex based stain blocker - one coat | 173.44 SF | | 0.00 | 0.58 | 0.85 | 20.30 | 121.75 |
| 221.  Paint the walls - two coats | 173.44 SF | | 0.00 | 0.96 | 3.16 | 33.94 | 203.60 |
| 222.  Seal & paint baseboard - two coats | 20.08 LF | | 0.00 | 1.42 | 0.15 | 5.74 | 34.40 |
| | | | **Floor** | | | | |
| 223.  Floor protection - self-adhesive plastic film | 21.67 SF | | 0.00 | 0.62 | 0.21 | 2.72 | 16.37 |
| 224.  Clean floor - terrazzo | 21.67 SF | | 0.00 | 0.36 | 0.02 | 1.56 | 9.38 |
| | | | **General** | | | | |
| 225.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 226.  Deodorize building - Ozone treatment | 173.33 CF | | 0.00 | 0.03 | 0.00 | 1.04 | 6.24 |
| 227.  Final cleaning - construction - Residential | 21.67 SF | | 0.00 | 0.22 | 0.00 | 0.96 | 5.73 |

Totals:  Closet 1(1)                                                         6.68        143.20      859.06

**Bedroom 2**                                                                         **Height: 9'**

|  |  |
|---|---|
| 351.61  SF Walls | 135.21  SF Ceiling |
| 486.82  SF Walls & Ceiling | 135.21  SF Floor |
| 15.02  SY Flooring | 36.00  LF Floor Perimeter |
| 47.83  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 7" X 6' 8" | Opens into OFFSET |
| **Door** | 5' 9" X 6' 8" | Opens into CLOSET_2 |
| **Door** | 2' 6" X 6' 8" | Opens into HALL |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | | |
| 228.  Light fixture - Detach & reset | 1.00 EA | | | 0.00 | 43.06 | 0.00 | 8.62 | 51.68 |
| 229.  Clean light fixture | 1.00 EA | | | 0.00 | 8.59 | 0.00 | 1.72 | 10.31 |
| 230.  Clean the walls and ceiling | 486.82 SF | | | 0.00 | 0.30 | 0.34 | 29.28 | 175.67 |
| 231.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | | 0.50 | 2.19 | 1.25 | 17.48 | 104.81 |
| 232.  Texture drywall - heavy hand texture | 135.21 SF | | | 0.00 | 1.05 | 1.99 | 28.80 | 172.76 |
| 233.  Seal the ceiling w/latex based stain blocker - one coat | 135.21 SF | | | 0.00 | 0.58 | 0.66 | 15.82 | 94.90 |
| 234.  Paint the ceiling - two coats | 135.21 SF | | | 0.00 | 0.96 | 2.46 | 26.46 | 158.72 |
| **Wall** | | | | | | | | |
| 235.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | | 0.00 | 14.84 | 0.00 | 2.96 | 17.80 |
| 236.  Clean register - heat / AC | 1.00 EA | | | 0.00 | 4.57 | 0.00 | 0.92 | 5.49 |
| 237.  Mask and prep for paint - plastic, paper, tape (per LF) | 47.83 LF | | | 0.00 | 1.33 | 0.87 | 12.90 | 77.38 |
| 238.  Seal the walls w/latex based stain blocker - one coat | 351.61 SF | | | 0.00 | 0.58 | 1.72 | 41.12 | 246.77 |
| 239.  Paint the walls - two coats | 351.61 SF | | | 0.00 | 0.96 | 6.40 | 68.80 | 412.75 |
| 240.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | | 7.48 | 158.88 | 7.58 | 34.80 | 208.74 |
| 241.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | | 0.00 | 30.23 | 0.35 | 6.12 | 36.70 |
| 242.  R&R Door opening (jamb & casing) - 36"to60"wide - paint grade | 1.00 EA | | | 7.48 | 187.91 | 8.90 | 40.86 | 245.15 |
| 243.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | | 0.00 | 35.56 | 0.41 | 7.20 | 43.17 |
| 244.  R&R Interior door unit | 1.00 EA | | | 22.31 | 259.86 | 14.11 | 59.26 | 355.54 |
| 245.  Paint door slab only - 2 coats (per side) | 1.00 EA | | | 0.00 | 36.54 | 0.59 | 7.42 | 44.55 |
| 246.  R&R Door knob - interior | 1.00 EA | | | 14.87 | 42.52 | 1.50 | 11.78 | 70.67 |
| 247.  R&R Folding door | 2.00 EA | | | 20.99 | 108.51 | 6.02 | 53.00 | 318.02 |
| 248.  R&R Baseboard - 4 1/4" | 36.00 LF | | | 0.54 | 4.03 | 5.04 | 33.90 | 203.46 |
| 249.  Seal & paint baseboard - two coats | 36.00 LF | | | 0.00 | 1.42 | 0.28 | 10.28 | 61.68 |
| **Floor** | | | | | | | | |
| 250.  Floor protection - self-adhesive plastic film | 135.21 SF | | | 0.00 | 0.62 | 1.33 | 17.02 | 102.18 |
| 251.  R&R Tile floor covering - High grade | 135.21 SF | | | 2.97 | 10.16 | 60.38 | 367.14 | 2,202.82 |
| 252.  R&R Mortar bed for tile floors | 135.21 SF | | | 1.60 | 3.62 | 18.27 | 144.82 | 868.89 |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 253.  Additional labor to remove tile from concrete slab | 135.21 SF | | 2.03 | 0.00 | 0.00 | 54.90 | 329.38 |
| | | **General** | | | | | |
| 254.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 255.  Deodorize building - Ozone treatment | 1,216.88 CF | | 0.00 | 0.03 | 0.00 | 7.30 | 43.81 |
| 256.  Final cleaning - construction - Residential | 135.21 SF | | 0.00 | 0.22 | 0.00 | 5.96 | 35.71 |
| Totals:  Bedroom 2 | | | | | 140.45 | 1,123.38 | 6,739.90 |



| | | | | |
|---|---|---|---|---|
| **Closet 2** | | | | **Height: 8'** |
| 111.00 SF Walls | | | 14.67 SF Ceiling | |
| 125.67 SF Walls & Ceiling | | | 14.67 SF Floor | |
| 1.63 SY Flooring | | | 12.92 LF Floor Perimeter | |
| 18.67 LF Ceil. Perimeter | | | | |
| **Door** | **5' 9" X 6' 8"** | | **Opens into BEDROOM_2** | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | **Ceiling** | | | | | |
| 257.  Clean the walls and ceiling | 125.67 SF | | 0.00 | 0.30 | 0.09 | 7.56 | 45.35 |
| 258.  Seal the ceiling w/latex based stain blocker - one coat | 14.67 SF | | 0.00 | 0.58 | 0.07 | 1.72 | 10.30 |
| 259.  Paint the ceiling - two coats | 14.67 SF | | 0.00 | 0.96 | 0.27 | 2.88 | 17.23 |
| | | **Wall** | | | | | |
| 260.  Shelving - Detach & reset | 7.33 LF | | 0.00 | 8.21 | 0.01 | 12.04 | 72.23 |
| 261.  Clean shelving - wood | 7.33 LF | | 0.00 | 0.74 | 0.02 | 1.08 | 6.52 |
| 262.  Seal & paint closet shelving | 7.33 LF | | 0.00 | 8.65 | 0.72 | 12.82 | 76.94 |
| 263.  Closet rod - Detach & reset | 7.33 LF | | 0.00 | 2.47 | 0.00 | 3.62 | 21.73 |
| 264.  Mask and prep for paint - plastic, paper, tape (per LF) | 18.67 LF | | 0.00 | 1.33 | 0.34 | 5.02 | 30.19 |
| 265.  Seal the walls w/latex based stain blocker - one coat | 111.00 SF | | 0.00 | 0.58 | 0.54 | 12.98 | 77.90 |
| 266.  Paint the walls - two coats | 111.00 SF | | 0.00 | 0.96 | 2.02 | 21.72 | 130.30 |
| 267.  Seal & paint baseboard - two coats | 12.92 LF | | 0.00 | 1.42 | 0.10 | 3.70 | 22.15 |
| | | **Floor** | | | | | |
| 268.  Floor protection - self-adhesive plastic film | 14.67 SF | | 0.00 | 0.62 | 0.14 | 1.84 | 11.08 |

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 269.  Clean floor - terrazzo | 14.67 SF | | 0.00 | 0.36 | 0.01 | 1.06 | 6.35 |
| | | **General** | | | | | |
| 270.  Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 271.  Deodorize building - Ozone treatment | 117.33 CF | | 0.00 | 0.03 | 0.00 | 0.70 | 4.22 |
| 272.  Final cleaning - construction - Residential | 14.67 SF | | 0.00 | 0.22 | 0.00 | 0.64 | 3.87 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Closet 2 | | | | | 4.33 | 96.12 | 576.75 |



| **Offset** | | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|---|

| 132.08 SF Walls | 28.38 SF Ceiling |
|---|---|
| 160.47 SF Walls & Ceiling | 28.38 SF Floor |
| 3.15 SY Flooring | 17.75 LF Floor Perimeter |
| 21.33 LF Ceil. Perimeter | |

| **Window** | **3' 10" X 3' 10"** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' 7" X 6' 8"** | **Opens into BEDROOM_2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| | | **Ceiling** | | | | | |
| 273.  Porcelain light fixture - Detach & reset | 1.00 EA | | 0.00 | 31.62 | 0.00 | 6.32 | 37.94 |
| 274.  Clean light fixture | 1.00 EA | | 0.00 | 8.59 | 0.00 | 1.72 | 10.31 |
| 275.  Clean the walls and ceiling | 160.47 SF | | 0.00 | 0.30 | 0.11 | 9.64 | 57.89 |
| 276.  Seal the ceiling w/latex based stain blocker - one coat | 28.38 SF | | 0.00 | 0.58 | 0.14 | 3.32 | 19.92 |
| 277.  Paint the ceiling - two coats | 28.38 SF | | 0.00 | 0.96 | 0.52 | 5.54 | 33.30 |
| | | **Wall** | | | | | |
| 278.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | | 0.00 | 12.21 | 0.00 | 2.44 | 14.65 |
| 279.  Mask and prep for paint - plastic, paper, tape (per LF) | 21.33 LF | | 0.00 | 1.33 | 0.39 | 5.76 | 34.52 |
| 280.  Seal the walls w/latex based stain blocker - one coat | 132.08 SF | | 0.00 | 0.58 | 0.65 | 15.46 | 92.72 |
| 281.  Paint the walls - two coats | 132.08 SF | | 0.00 | 0.96 | 2.40 | 25.84 | 155.04 |
| | | **Floor** | | | | | |
| 282.  Floor protection - self-adhesive plastic film | 28.38 SF | | 0.00 | 0.62 | 0.28 | 3.58 | 21.46 |

**CONTINUED - Offset**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 283.  R&R Tile floor covering - High grade | 28.38 SF | | 2.97 | 10.16 | 12.67 | 77.06 | 462.36 |
| 284.  R&R Mortar bed for tile floors | 28.38 SF | | 1.60 | 3.62 | 3.83 | 30.38 | 182.36 |
| 285.  Additional labor to remove tile from concrete slab | 28.38 SF | | 2.03 | 0.00 | 0.00 | 11.52 | 69.13 |
| | | **General** | | | | | |
| 286.  Deodorize building - Ozone treatment | 227.06 CF | | 0.00 | 0.03 | 0.00 | 1.36 | 8.17 |
| 287.  Final cleaning - construction - Residential | 28.38 SF | | 0.00 | 0.22 | 0.00 | 1.24 | 7.48 |
| Totals:  Offset | | | | | 20.99 | 201.18 | 1,207.25 |
| Total: Main Level | | | | | **1,480.48** | **10,137.14** | **60,819.44** |

**HVC**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 288.  R&R Air handler - with heat element and A/C coil - 3 ton | 1.00 EA | | 81.10 | 2,119.15 | 75.98 | 455.26 | 2,731.49 |
| 289.  Central air cond. system - recharge - 10lb refrigerant | 1.00 EA | | 0.00 | 259.79 | 11.55 | 54.28 | 325.62 |
| 290.  Central air cond. system - refrigerant evacuation | 1.00 EA | | 0.00 | 150.80 | 0.00 | 30.16 | 180.96 |
| 291.  R&R Central air conditioning system - 3 ton - up to 13 SEER | 1.00 EA | | 164.91 | 2,928.38 | 124.14 | 643.48 | 3,860.91 |
| 292.  Furnace - check, clean, replace filters and service | 1.00 EA | | 0.00 | 127.84 | 0.40 | 25.64 | 153.88 |
| 293.  R&R Ductwork system - hot or cold air - up to 900 SF home | 1.00 EA | | 446.07 | 2,929.11 | 78.72 | 690.78 | 4,144.68 |
| Totals:  HVC | | | | | 290.79 | 1,899.60 | 11,397.54 |

**General**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 294.  Titan Plumbing Repair | 1.00 EA | | 0.00 | 9,191.66 | 0.00 | 0.00 | 9,191.66 |

**CONTINUED - General**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Estimate # 788** | | | | | | | |
| **Estimate Plumbing Work     $2,970.00** | | | | | | | |
| **Replacing Pipes     $2,970.00** | | | | | | | |
| **Installing Fixtures     $2,970.00** | | | | | | | |
| **Materials     $263.23** | | | | | | | |
| **Tax (Florida Sales Tax 7%)     $18.43** | | | | | | | |
| **Total     $9,191.66** | | | | | | | |
| 295. | 1.00 EA | | 0.00 | 8,000.00 | 0.00 | 0.00 | 8,000.00 |
| 296.  Deodorize building - Hot thermal fog | 1,798.90 CF | | 0.00 | 0.06 | 0.00 | 21.58 | 129.51 |
| **The thermal fogging process is a favored technique to remove smoke odors from tobacco, fireplaces, and fires. ...** | | | | | | | |
| 297.  General clean - up | 20.00 HR | | 0.00 | 32.65 | 0.01 | 130.60 | 783.61 |
| **Ongoing and post construction clean-up** | | | | | | | |
| 298.  Inventory, Packing, Boxing, and Moving charge - per hour | 16.00 HR | | 0.00 | 32.75 | 0.00 | 104.80 | 628.80 |
| 299.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | | 760.00 | 0.00 | 0.00 | 152.00 | 912.00 |
| 300.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals:  General | | | | | 0.01 | 408.98 | 19,645.58 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 301.  Floor cleaning labor minimum | 1.00 EA | | 0.00 | 96.07 | 0.00 | 19.22 | 115.29 |
| 302.  Insulation labor minimum | 1.00 EA | | 0.00 | 145.53 | 0.00 | 29.10 | 174.63 |
| 303.  Finish hardware labor minimum | 1.00 EA | | 0.00 | 25.26 | 0.00 | 5.06 | 30.32 |
| 304.  Door labor minimum | 1.00 EA | | 0.00 | 71.42 | 0.00 | 14.28 | 85.70 |
| Totals:  Labor Minimums Applied | | | | | 0.00 | 67.66 | 405.94 |
| **Line Item Totals: CHERFRERE-FRANCEOUR** | | | | | **1,771.28** | **12,513.38** | **92,268.50** |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 2,205.64 | SF Walls | 787.09 | SF Ceiling | 2,992.73 | SF Walls and Ceiling |
| 787.09 | SF Floor | 87.45 | SY Flooring | 272.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 361.67 | LF Ceil. Perimeter |
| | | | | | |
| 787.09 | Floor Area | 872.42 | Total Area | 2,205.64 | Interior Wall Area |
| 1,156.81 | Exterior Wall Area | 142.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 84,268.50 | 91.33% | 84,268.50 | 91.33% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| loss of use | 8,000.00 | 8.67% | 8,000.00 | 8.67% |
| Total | 92,268.50 | 100.00% | 92,268.50 | 100.00% |

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 69,983.84 |
| Material Sales Tax | 1,771.28 |
| Subtotal | 71,755.12 |
| Overhead | 6,256.69 |
| Profit | 6,256.69 |
| **Replacement Cost Value** | **$84,268.50** |
| **Net Claim** | **$84,268.50** |

### Summary for loss of use

| | |
|---|---:|
| Line Item Total | 8,000.00 |
| **Replacement Cost Value** | **$8,000.00** |
| **Net Claim** | **$8,000.00** |

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 6,256.69 | 6,256.69 | 1,771.28 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **6,256.69** | **6,256.69** | **1,771.28** | **0.00** | **0.00** | **0.00** |

# Recap by Room

**Estimate: CHERFRERE-FRANCEOUR**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Kitchen** | | **11,431.28** | **14.66%** |
| Coverage: Dwelling | 100.00% = | 11,431.28 | |
| **Laundry Room** | | **5,270.33** | **6.76%** |
| Coverage: Dwelling | 100.00% = | 5,270.33 | |
| **Living Room** | | **7,547.16** | **9.68%** |
| Coverage: Dwelling | 100.00% = | 7,547.16 | |
| **Hall** | | **1,337.30** | **1.71%** |
| Coverage: Dwelling | 100.00% = | 1,337.30 | |
| **Linen Closet** | | **142.97** | **0.18%** |
| Coverage: Dwelling | 100.00% = | 142.97 | |
| **HVAC Room** | | **194.33** | **0.25%** |
| Coverage: Dwelling | 100.00% = | 194.33 | |
| **Bathroom** | | **9,690.79** | **12.43%** |
| Coverage: Dwelling | 100.00% = | 9,690.79 | |
| **Bedroom 1** | | **5,941.03** | **7.62%** |
| Coverage: Dwelling | 100.00% = | 5,941.03 | |
| **Closet 1(1)** | | **709.18** | **0.91%** |
| Coverage: Dwelling | 100.00% = | 709.18 | |
| **Bedroom 2** | | **5,476.07** | **7.02%** |
| Coverage: Dwelling | 100.00% = | 5,476.07 | |
| **Closet 2** | | **476.30** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 476.30 | |
| **Offset** | | **985.08** | **1.26%** |
| Coverage: Dwelling | 100.00% = | 985.08 | |
| **Area Subtotal:  Main Level** | | **49,201.82** | **63.09%** |
| Coverage: Dwelling | 100.00% = | 49,201.82 | |
| **HVC** | | **9,207.15** | **11.81%** |
| Coverage: Dwelling | 100.00% = | 9,207.15 | |
| **General** | | **19,236.59** | **24.67%** |
| Coverage: Dwelling | 58.41% = | 11,236.59 | |
| Coverage: loss of use | 41.59% = | 8,000.00 | |
| **Labor Minimums Applied** | | **338.28** | **0.43%** |
| Coverage: Dwelling | 100.00% = | 338.28 | |
| **Subtotal of Areas** | | **77,983.84** | **100.00%** |
| Coverage: Dwelling | 89.74% = | 69,983.84 | |
| Coverage: loss of use | 10.26% = | 8,000.00 | |
| **Total** | | **77,983.84** | **100.00%** |

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **APPLIANCES** | | | | **660.53** | **0.72%** |
| Coverage: Dwelling | @ | 100.00% | = | 660.53 | |
| **CABINETRY** | | | | **4,115.50** | **4.46%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,115.50 | |
| **CLEANING** | | | | **2,044.15** | **2.22%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,044.15 | |
| **CONTENT MANIPULATION** | | | | **437.45** | **0.47%** |
| Coverage: Dwelling | @ | 100.00% | = | 437.45 | |
| **CONT: PACKING,HANDLNG,STORAGE** | | | | **524.00** | **0.57%** |
| Coverage: Dwelling | @ | 100.00% | = | 524.00 | |
| **GENERAL DEMOLITION** | | | | **8,628.14** | **9.35%** |
| Coverage: Dwelling | @ | 100.00% | = | 8,628.14 | |
| **DOORS** | | | | **1,803.61** | **1.95%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,803.61 | |
| **DRYWALL** | | | | **2,952.16** | **3.20%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,952.16 | |
| **ELECTRICAL** | | | | **365.26** | **0.40%** |
| Coverage: Dwelling | @ | 100.00% | = | 365.26 | |
| **FLOOR COVERING - CERAMIC TILE** | | | | **10,222.00** | **11.08%** |
| Coverage: Dwelling | @ | 100.00% | = | 10,222.00 | |
| **FINISH CARPENTRY / TRIMWORK** | | | | **2,678.03** | **2.90%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,678.03 | |
| **FINISH HARDWARE** | | | | **211.64** | **0.23%** |
| Coverage: Dwelling | @ | 100.00% | = | 211.64 | |
| **FRAMING & ROUGH CARPENTRY** | | | | **607.00** | **0.66%** |
| Coverage: Dwelling | @ | 100.00% | = | 607.00 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **8,624.05** | **9.35%** |
| Coverage: Dwelling | @ | 100.00% | = | 8,624.05 | |
| **INSULATION** | | | | **171.93** | **0.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 171.93 | |
| **LIGHT FIXTURES** | | | | **404.54** | **0.44%** |
| Coverage: Dwelling | @ | 100.00% | = | 404.54 | |
| **MARBLE - CULTURED OR NATURAL** | | | | **135.92** | **0.15%** |
| Coverage: Dwelling | @ | 100.00% | = | 135.92 | |
| **PLUMBING** | | | | **6,958.14** | **7.54%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,958.14 | |
| **PAINTING** | | | | **6,095.11** | **6.61%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,095.11 | |
| **TILE** | | | | **3,153.02** | **3.42%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,153.02 | |
| **O&P Items Subtotal** | | | | **60,792.18** | **65.89%** |

| Non-O&P Items | Total | % |
|---|---:|---:|

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **PERMITS AND FEES** | | | | **8,000.00** | **8.67%** |
| Coverage: loss of use | @ | 100.00% | = | 8,000.00 | |
| **PLUMBING** | | | | **9,191.66** | **9.96%** |
| Coverage: Dwelling | @ | 100.00% | = | 9,191.66 | |
| **Non-O&P Items Subtotal** | | | | **17,191.66** | **18.63%** |
| **O&P Items Subtotal** | | | | **60,792.18** | **65.89%** |
| **Material Sales Tax** | | | | **1,771.28** | **1.92%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,771.28 | |
| **Overhead** | | | | **6,256.69** | **6.78%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,256.69 | |
| **Profit** | | | | **6,256.69** | **6.78%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,256.69 | |
| **Total** | | | | **92,268.50** | **100.00%** |

1      Main Level/Kitchen - 1-
       DSCN3954



2      Main Level/Kitchen - 2-
       DSCN3955



3    Main Level/Kitchen - 3-
     DSCN3956



4    Main Level/Kitchen - 4-
     DSCN3957



5   Main Level/Kitchen - 5-
     DSCN3958



6   Main Level/Kitchen - 6-
     DSCN3959



7    Main Level/Kitchen - 7-
     DSCN3960



8    Main Level/Kitchen - 8-
     DSCN3961



9   Main Level/Kitchen - 9-
    DSCN3962



10   Main Level/Kitchen - 10-
     DSCN3963



11   Main Level/Kitchen - 12-
     DSCN3965



12   Main Level/Kitchen - 13-
     DSCN3966



13   Main Level/Kitchen - 15-
     DSCN3968



14   Main Level/Laundry Room - 16-
     DSCN3970



15   Main Level/Laundry Room - 17-
     DSCN3971



16   Main Level/Laundry Room - 18-
     DSCN3972



17   Main Level/Laundry Room - 19-
     DSCN3973



18   Main Level/Laundry Room - 21-
     DSCN3975



19   Main Level/Laundry Room - 23-
     DSCN3977



20   Main Level/Laundry Room - 24-
     DSCN3978



21   Main Level/Living Room - 25-
DSCN3980



22   Main Level/Living Room - 26-
DSCN3981



23   Main Level/Living Room - 27-DSCN3982



24   Main Level/Living Room - 28-DSCN3983



25   Main Level/Living Room - 29-
     DSCN3984



26   Main Level/Hall - 30-DSCN3986



27   Main Level/Hall - 31-DSCN3988



28   Main Level/Hall - 32-DSCN3989



29    Main Level/Linen Closet - 33-
      DSCN3987



30    Main Level/HVAC Room - 34-
      DSCN3990



31   Main Level/HVAC Room - 35-
     DSCN3991



32   Main Level/HVAC Room - 36-
     DSCN3992



33   Main Level/Bathroom - 37-
     DSCN3993



34   Main Level/Bathroom - 38-
     DSCN3994



35   Main Level/Bathroom - 39-
     DSCN3995



36   Main Level/Bathroom - 40-
     DSCN3996



37   Main Level/Bathroom - 42-
     DSCN3998



38   Main Level/Bathroom - 43-
     DSCN3999



39   Main Level/Bathroom - 44-
     DSCN4000



40   Main Level/Bathroom - 45-
     DSCN4001



41  Main Level/Bathroom - 46-
    DSCN4002



42  Main Level/Bathroom - 47-
    DSCN4003



43   Main Level/Bedroom 1 - 48-
     DSCN4005



44   Main Level/Bedroom 1 - 49-
     DSCN4006



45   Main Level/Bedroom 1 - 50-
     DSCN4007



46   Main Level/Bedroom 1 - 51-
     DSCN4008



47   Main Level/Bedroom 1 - 52-
     DSCN4009



48   Main Level/Bedroom 1 - 53-
     DSCN4010



49   Main Level/Closet 1(1) - 54-
     DSCN4011



50   Main Level/Closet 1(1) - 55-
     DSCN4012



51   Main Level/Closet 1(1) - 56-
     DSCN4013



52   Main Level/Bedroom 2 - 57-
     DSCN4016



53   Main Level/Bedroom 2 - 58-
     DSCN4017



54   Main Level/Bedroom 2 - 59-
     DSCN4018



55   Main Level/Closet 2 - 60-
     DSCN4023



56   Main Level/Closet 2 - 61-
     DSCN4024



57   Main Level/Closet 2 - 62-
DSCN4025



58   Main Level/Offset - 63-
DSCN4021



59   Main Level/Offset - 64-
      DSCN4020





Offset

Closet 1 (1)

Bedroom 1

Bedroom 2

Closet 1 (2) (1)

Hall

Bathroom

Closet 2   Linen Closet

HVAC Room

Laundry Room

Living Room

Kitchen



N