# Pasternack, Chad A.

| | |
|---|---|
| **From:** | Pasternack, Chad A. |
| **Sent:** | Monday, July 11, 2022 10:58 AM |
| **To:** | 'Ulissa Montero'; Melissa Mazzitelli; Luz Escobar; Omar Lugo; Brian Roller; Pleadings |
| **Cc:** | Daugharty, Kristen |
| **Subject:** | RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery |

Hi,

We have still not received the Plaintiff's discovery responses, which are now more than a month overdue. We will have to move to compel if they are not received soon.

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

---

**From:** Ulissa Montero <umontero@roller.law>
**Sent:** Monday, June 27, 2022 8:23 AM
**To:** Pasternack, Chad A. <CPasternack@cozen.com>; Melissa Mazzitelli <mmazzitelli@roller.law>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

**\*\*EXTERNAL SENDER\*\***

Thank you again!



**Ulissa Montero**
Legal Assistant
Assistant to K. Brian Roller, Esq.
And Melissa Mazzitelli, Esq.

801 NE 167ᵀᴴ Street | 2ⁿᵈ Floor | N. Miami Beach, FL 33162
Office: 954.828.0333 | Direct: 954.828.0342 | Direct Fax: 954.374.6964
Umontero@roller.law | www.rollerlawgroup.com

**\*\*KINDLY NOTE THE ROLLER LAW GROUP'S NEW ADDRESS & TELEPHONE NUMBER\*\***
**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed, or the employee or agent responsible for delivery to the intended recipient, and may contain confidential and/or privileged

material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Pasternack, Chad A. <CPasternack@cozen.com>
**Sent:** Thursday, June 23, 2022 6:39 PM
**To:** Ulissa Montero <umontero@roller.law>; Melissa Mazzitelli <mmazzitelli@roller.law>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

Yes, please send her my best.

**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

---

**From:** Ulissa Montero <umontero@roller.law>
**Sent:** Thursday, June 23, 2022 4:11 PM
**To:** Melissa Mazzitelli <mmazzitelli@roller.law>; Pasternack, Chad A. <CPasternack@cozen.com>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

**\*\*EXTERNAL SENDER\*\***

Good afternoon Mr. Pasternack,

Unfortunately Ms. Mazzitelli has been a bit under the weather lately and has not been able to complete the discovery responses. Can we have an extension till next Friday July 1st?



**Ulissa Montero** |
Legal Assistant
Assistant to K. Brian Roller, Esq.
And Melissa Mazzitelli, Esq.

801 NE 167TH Street | 2nd Floor | N. Miami Beach, FL 33162
Office: 954.828.0333 | Direct: 954.828.0342 | Direct Fax: 954.374.6964
Umontero@roller.law | www.rollerlawgroup.com

**\*\*KINDLY NOTE THE ROLLER LAW GROUP'S NEW ADDRESS & TELEPHONE NUMBER\*\***
**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed, or the employee or agent responsible for delivery to the intended recipient, and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Melissa Mazzitelli <mmazzitelli@roller.law>
**Sent:** Tuesday, June 14, 2022 2:17 PM

**To:** Pasternack, Chad A. <CPasternack@cozen.com>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>; Ulissa Montero <umontero@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

That works, thanks!

**From:** Pasternack, Chad A. <CPasternack@cozen.com>
**Sent:** Tuesday, June 14, 2022 2:16 PM
**To:** Melissa Mazzitelli <mmazzitelli@roller.law>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>; Ulissa Montero <umontero@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

Yes, of course. How about Friday, 6/24?



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

**From:** Melissa Mazzitelli <mmazzitelli@roller.law>
**Sent:** Tuesday, June 14, 2022 2:15 PM
**To:** Pasternack, Chad A. <CPasternack@cozen.com>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>; Ulissa Montero <umontero@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

**\*\*EXTERNAL SENDER\*\***

Good afternoon Chad,

Yes, I apologize. They were apparently not calendared. We will work on them and get them to you—can we do next week?

**From:** Pasternack, Chad A. <CPasternack@cozen.com>
**Sent:** Tuesday, June 14, 2022 2:14 PM
**To:** Melissa Mazzitelli <mmazzitelli@roller.law>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>; Ulissa Montero <umontero@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

Melissa,

The Plaintiff's discovery responses were due last week. Can we expect to receive them soon?

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

**From:** Melissa Mazzitelli <mmazzitelli@roller.law>
**Sent:** Wednesday, May 4, 2022 7:56 PM
**To:** Pasternack, Chad A. <CPasternack@cozen.com>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Pleadings <pleadings@roller.law>; Ulissa Montero <umontero@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** RE: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

**\*\*EXTERNAL SENDER\*\***

Received, Chad, thanks.

Please note that Ulissa Montero (umontero@roller.law) will be assisting me with this matter, as Luz Escobar is on maternity leave and should be copied on emails going forward. We will be re-serving our discovery requests shortly.

**From:** Pasternack, Chad A. <CPasternack@cozen.com>
**Sent:** Wednesday, May 4, 2022 7:52 PM
**To:** Melissa Mazzitelli <mmazzitelli@roller.law>; Luz Escobar <lescobar@roller.law>; Omar Lugo <olugo@roller.law>; Brian Roller <broller@roller.law>; Lissette Duarte <lduarte@roller.law>; Margaret Holmes <mholmes@roller.law>; Pleadings <pleadings@roller.law>
**Cc:** Daugharty, Kristen <KDaugharty@cozen.com>
**Subject:** Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery

Case Name:     Cherfrere v. Westchester Surplus Lines Insurance Company
Case Number:   1:22-cv-20673-KMM

Please find attached:
1. Defendant's First Set of Interrogatories to Plaintiff
2. Defendant's First Request for Production of Documents

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*