IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FRANCOEUR CHERFRERE

CASE NO.: 1:22-CV-20673-KMM

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S RESPONSES TO
DEFENDANT'S FIRST SET OF INTERROGATORIES**

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

**RESPONSE:**

Francoeur Cherfrere, c/o Plaintiff's counsel, Roller Law Group 801 NE 167th Street, 2nd Floor, North Miami Beach, FL 33162


2. List the names and addresses of all persons who are believed or known by You, Your agents, or Your attorneys to have any knowledge Relating To any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

**RESPONSE:**

    Francoeur Cherfrere
    c/o Plaintiff's counsel
    Roller Law Group
    801 NE 167th Street
    2nd Floor
    North Miami Beach, FL 33162
    Has knowledge of the condition of the Property prior to the date of loss, following the date of loss, and matters regarding the Claim.

Reynold Philisma
Current address unknown
Plaintiff will provide a phone number if he is able to locate it
Tenant of the neighboring unit who first noticed and reported the fire

Avraham Druin
American Trust Public Adjusters
801 NE 167th Street
2nd Floor
North Miami Beach, FL 33162
(954) 859-9365
abraham@americantrustpa.com

"JJ" (full name unknown)
Current address unknown
Plaintiff will provide a phone number if he is able to locate it
JJ is the handyman who assisted with repairing the property

Titan Plumbing Repair
1175 NE 109th Street
Miami, FL 33161
(786) 487-9288
Provided estimate and scope of work related to plumbing at the Property.

Anthony Igiehon, Senior Claim Analyst
Chubb
Eastern Claim Service Center
600 Independence Pkwy
Chesapeake, VA 23327-4700
(800) 252-4670

Ryan Barron, Senior Claim Specialist
Chubb
Eastern Claim Service Center
600 Independence Pkwy
Chesapeake, VA 23327-4700
(908) 903-7906

Jordan Magro, Field Adjuster
Engle Martin & Associates
5565 Glenridge Connector, Suite 900
Atlanta, GA 30342
(954) 331-0131

>Independent Adjuster retained by Defendant that inspected the Property on June 30, 2021
>
>Engle Martin
>Engle Martin & Associates
>5565 Glenridge Connector, Suite 900
>Atlanta, GA 30342
>(954) 331-0131
>Independent Adjuster retained by Defendant that inspected the Property on June 30, 2021
>
>"Mr. Weber" (first name unknown)
>JS Held
>c/o Defense Counsel
>Inspected the Property on July 13, 2021 on behalf of Defendant
>
>David Harlow
>Envista Forensics
>c/o Defense Counsel
>cause and origin investigator retained by Defendant

3. Have You heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than Yourself, Relating To any issue in this lawsuit? If so, please state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

**RESPONSE:**

See attached correspondence with Defendant, Bates Stamped 0252 to 0259.


4. State the name and address of every person known to You, Your agents, or Your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, video, or photograph Relating To any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

**RESPONSE:**

>Franceour Cherfrere,
>c/o Plaintiff's counsel
>Roller Law Group
>801 NE 167th Street
>2nd Floor
>North Miami Beach, FL 33162

    Has knowledge of the condition of the Property prior to the date of loss, following the date of loss, and matters regarding the Claim.

    Avraham Druin
    American Trust Public Adjusters
    801 NE 167th Street
    2nd Floor
    North Miami Beach, FL 33162
    (954) 859-9365
    abraham@americantrustpa.com

    Titan Plumbing Repair
    1175 NE 109th Street
    Miami, FL 33161
    (786) 487-9288
    Provided estimate and scope of work related to plumbing at the Property.

Upon information or belief:

    Anthony Igiehon, Senior Claim Analyst
    Chubb
    Eastern Claim Service Center
    600 Independence Pkwy
    Chesapeake, VA 23327-4700
    (800) 252-4670

    Ryan Barron, Senior Claim Specialist
    Chubb
    Eastern Claim Service Center
    600 Independence Pkwy
    Chesapeake, VA 23327-4700
    (908) 903-7906

    Jordan Magro, Field Adjuster
    c/o Defense Counsel

    Engle Martin
    c/o Defense Counsel
    Independent Adjuster retained by Defendant that inspected the Property on June 30, 2021

    "Mr. Weber" (first name unknown)
    JS Held

>c/o Defense Counsel
>Inspected the Property on July 13, 2021 on behalf of Defendant
>
>David Harlow
>Envista Forensics
>c/o Defense Counsel
>cause and origin investigator retained by Defendant

5. With respect to the amount You are claiming under the Policy, state the full amount of money You are seeking and describe the manner in which the amount was calculated, including whether You are seeking payment on a Replacement Cost basis. Your description should include each element of damage or component of recovery that You seek, the amount sought for each element or component, the manner in which each component of the calculation was determined, and should identify the source of each number used in the calculation which should reflect the total amount of damages you seek.

**RESPONSE:**

Plaintiff refers to the documentation produced in response to Defendant's Request for Production, Bates Stamped 0131 to 0190.

6. Describe all damage resulting from the June 24, 2021 loss described in Paragraph 11 of the Amended Complaint. Your answer should include sufficient detail for Defendant to understand the specific damage claimed, thus, your answer should include a description of the specific damage to the property that you are claiming, including a description of every item that was physically damaged, the precise location of the damage, how and when it was damaged, and the extent of such damage (approximate size of each damage area), and the date the damage was first noticed. This response requests personal knowledge from You based on observations and does not seek an expert opinion. Please do not refer to a repair estimate.

**RESPONSE:**

Upon information and belief, Plaintiff's tenant, Reynold Philisma, who resided in the duplex unit adjacent to the unit where the fire occurred, called 911 in the afternoon on June 24, 2021. The fire department first checked Mr. Philisma's unit for fire before proceeding to the other duplex unit, which was vacant. The Loss occurred because there was a fire in the wall of the Property. However, because the fire was in the walls, firefighters were forced to break walls and ceilings to locate the fire so that it could be extinguished. Plaintiff refers to the photographs Bates Stamped 0159 to 0188.

7. Please describe in detail how You discovered the damage to the Property described in Paragraph 11 of the Amended Complaint. Your answer should include the date of discovery, the identity of the person who discovered the damage, and a description of what was observed at that time.

**RESPONSE:**

The Loss occurred because there was a fire in the wall of the Property. However, because the fire was in the walls, firefighters were forced to break walls and ceilings to locate the fire so that it could be extinguished. Upon information and belief, Miami-Dade Fire Rescue would be able to provide information on how the damage occurred. Plaintiff observed the damage after Miami-Dade Fire Rescue extinguished the fire.

8. Do You contend that any other person or entity caused, or contributed to the cause of the loss? If You do so contend, please identify the person or entity, describe in detail all facts upon which You rely in support of Your contention, and Identify each person known to You, or to Your counsel, who has personal knowledge of the facts upon which You base Your allegation.

**RESPONSE:**

The Loss occurred because there was a fire in the wall of the Property. However, because the fire was in the walls, firefighters were forced to break walls and ceilings to locate the fire so that it could be extinguished. Upon information and belief, Miami-Dade Fire Rescue would be able to provide information on how the damage occurred.

9. Identify each person who provided information or assistance with respect to answering these interrogatories.

**RESPONSE:**

Plaintiff responded to these interrogatories with the assistance of counsel.

10. Identify all Documents or tangible things You reviewed or upon which You relied in the preparation of answers to these interrogatories, and, as to each such Document or item so identified, state the interrogatory with respect to which document or item was reviewed or upon which it was relied.

**RESPONSE:**

Plaintiff relied on the following:

    Policy (Bates number 0001 to 0129)

    Public adjuster contract (Bates number 0130 to 0130)

    Titan plumbing estimate (Bates number 0131 to 0132)

    Public adjuster estimate, photos, and diagram (Bates number 0133 to 0198)

>Sworn Proof of Loss, dated August 6, 2021 (Bates number 0190 to 0190)

>Correspondence with the Defendant (Bates number 0192 to 0259)

11. Identify all provisions of the Policy that You contend Defendant breached. For each provision You identify, please state all facts that support Your contention that Defendant breached the provision.

**RESPONSE:**

Plaintiff objects, as this Interrogatory requires a legal opinion that the Plaintiff is not qualified to provide.

12. Have You repaired any of the damage caused by the loss described in Paragraph 11 of the Amended Complaint? If yes, please describe all repairs that were made, the date(s) the repairs were made, the amount incurred in making the repairs, and identify who the repairs were made by.

**RESPONSE:**

Partial repairs have been completed, with over $40,000 spent on repairs in total. Plaintiff paid $19,000 to JJ, the handyman. Additionally, an electrician performed repairs related to the subject loss. Plaintiff will provide supporting documentation that he is able to locate at a time and place that is mutually agreeable to the Parties.

## JURAT PAGE

STATE OF FLORIDA )
COUNTY OF Dade )

I, FRANCOEUR CHERFRERE, duly sworn upon oath, depose and say that the foregoing Answers to the Interrogatories are true and correct to the best of my knowledge, information and belief at the present time.

_Francoeur Cherfrere_
**FRANCOEUR CHERFRERE**

The foregoing instrument was acknowledged before me this __14__ day of __July__ 2022, FRANCOEUR CHERFRERE, who is personally known to me or who has produced __FLORIDA DRIVER License # C616-240-66-285-0__ as identification and who did/did not take an oath.

_signature_
Notary Public, State of Florida

Eglis Perez
Notary Name (printed, typed or stamped)

Commission Number: GG251623

Commission Expires: August 22, 2022

EGLIS PEREZ
Notary Public - State of Florida
Commission # GG 251623
My Comm. Expires Aug 22, 2022
Bonded through National Notary Assn.