IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FRANCOEUR CHERFRERE

CASE NO.:  1:22-CV-20673-KMM

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S RESPONSES TO**
**DEFENDANT'S FIRST SET OF INTERROGATORIES**

1. A true and correct copy of any and all photographs, diagrams and/or videos depicting the property damage(s) alleged to have occurred to the Property as a result of the loss referred to in the Amended Complaint (color copies of photographs should be produced, and it is requested that Plaintiff produce all photographs in its possession, custody or control regardless of who took the photographs).

**RESPONSE:**

See Bates 0159 to 0189


2. True and correct copies of any and all Documents Relating To Plaintiff's claim submission to Defendant, including Documents Relating To the damages alleged to have occurred at the Property. This request includes, without limitation, all Communications and correspondence between any parties or representatives, including letters, emails, handwritten notes or any other documentation regarding the damages at the subject property and efforts to have the alleged damages repaired and/or replaced.

**RESPONSE:**

See Bates 0001 to 0259


3. True and correct copies of all Documents Relating To the Claim, including all estimates, sworn proof(s) of loss, invoices and/or reports Relating To the Claim.

**RESPONSE:**

See Bates 0001 to 0259

4. All Communications, correspondence, notes, emails, reports, estimates, proposals, appraisals, contracts, agreements, and any other Documents between You and any public adjuster(s), including People's Insurance Claim Center, Relating To the loss, damage, and/or insurance claim referred to in the Amended Complaint.

**RESPONSE:**

See Bates 0130 to 0191

5. All Communications, correspondence, notes, emails, reports, estimates, proposals, appraisals, contracts, agreements, invoices, receipts, and any other Documents Related To any alleged damage to the Property that forms the basis for this action.

**RESPONSE:**

See Bates 0001 to 0259

6. All appraisals and/or inspection reports for the Property from January 1, 2019 to present.

**RESPONSE:**

See Bates 0131 to 0189

7. If You have retained any experts, attach true and correct copies of any and all resumes and curriculum vitae as well as any and all reports or summaries of opinions either written or verbal prepared by such experts that may have been provided to You.

**RESPONSE:**

None

8. Copies of all reports of any expert(s) who will testify on Your behalf at the trial in this action.

**RESPONSE:**

None

9. Copies of all Documents You intend to offer as evidence at the trial in this action.

**RESPONSE:**

See Bates 0001 to 0190; 0192 to 0259

10. Any and all repair estimates, preliminary or otherwise, that You or Your representatives provided to Defendant and/or its representatives, including any and all Communications that were provided with the estimate(s).

**RESPONSE:**

See Bates 0131 to 0189; 0193 to 0251

11. All Documents Relating to all work and/or repairs that You performed at the Property Relating To the loss described in the Amended Complaint for which damages are being claimed in this action.

**RESPONSE:**

See Bates 0131 to 0189.  Plaintiff will provide additional non-privileged, responsive documentation that he is able to locate at a time and location that is mutually convenient to the Parties.

12. All assignments of insurance benefits Relating to the Claim.

**RESPONSE:**

None.

13. All Documents received from any third parties pursuant to a subpoena issued in this action.

**RESPONSE:**

None.

14. All Documents described in Your answers to Defendant's First Set of Interrogatories.

**RESPONSE:**

See Bates 0001 to 0190; 0192 to 0259

Dated: July 12, 2022

                                                **THE ROLLER LAW GROUP**
801 NE 167th St., Second Floor
N. Miami Beach, FL 33162
Telephone: (954) 828-0333
By: */s/ Melissa Mazzitelli*
    **K. BRIAN ROLLER, ESQ.** (FBN 018696)
    Email: broller@roller.law
    Sec.: lescobar@roller.law
    **MELISSA MAZZITELLI, ESQ.** (FBN 1019252)
    Email: mmazzitelli@roller.law
    Sec.: olugo@roller.law
    SERVICE: HOpleadings@roller.law
    *Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 12th day of July 2022 and a true and correct copy of the foregoing will be served upon all counsel: **John Dickenson, Esq.** (jdickenson@cozen.com) and **Chad Pasternack, Esq.** (cpasternack@cozen.com), Cozen O'Connor, One North Clematis Street, Suite 510, West Palm Beach, FL 33401; Tel: (561) 515-5250; aschultz@cozen.com, EHolober@cozen.com, kdaugharty@cozen.com, lmurphy@cozen.com.

                                                          By: */s/ Melissa Mazzitelli*
                                                              Melissa Mazzitelli, Esq.