# Pasternack, Chad A.

| | |
|---|---|
| **From:** | Pasternack, Chad A. |
| **Sent:** | Monday, July 18, 2022 12:46 PM |
| **To:** | 'Melissa Mazzitelli' |
| **Cc:** | Ulissa Montero; Omar Lugo; Brian Roller; Daugharty, Kristen |
| **Subject:** | Cherfrere v. Westchester; Plaintiff's Discovery Responses |

Melissa,

I reviewed the Plaintiff's discovery responses and believe they are incomplete. Plaintiff's answer to Interrogatory No. 12 states that the Plaintiff spent $40,000 on repairs, including $19,000 to "JJ, the handyman." However, the Plaintiff did not produce any invoices, receipts, or any documents reflecting proof of payment. The Plaintiff also did not give any specific contact information for "JJ," so we cannot serve a subpoena on him. It is not clear what repairs have been made and what repairs have yet to be made.

I also note that the document production appears to be your office's file. The only emails produced are emails that your office was copied on, and the document production is limited to documents that the Plaintiff is relying on to support his insurance claim. To that end, please let us know if your client has actually reviewed this request for production and searched for responsive documents. It is hard to imagine that the Plaintiff has not sent or received a single email relating to the insurance claim, to or from a tenant about the fire and damage, or to any repair company.

Finally, the Plaintiff's response to Westchester's request for production states that the Plaintiff is producing non-privileged documents, but has not provided any privilege log. Please let us know if the Plaintiff has withheld any responsive documents.

I look forward to your response.

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com