# Exhibit B

# Melissa Mazzitelli

| | |
|---|---|
| **From:** | Pasternack, Chad A. <CPasternack@cozen.com> |
| **Sent:** | Monday, July 11, 2022 11:05 AM |
| **To:** | Melissa Mazzitelli; Ulissa Montero; Luz Escobar; Brian Roller |
| **Cc:** | Daugharty, Kristen |
| **Subject:** | Cherfrere v. Westchester Surplus Lines Insurance Company; Discovery |

Hi Melissa,

We would like to take the deposition of Mr. Cherfrere in August. Please let us know 2-3 dates he would be available for a Zoom deposition.

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 **|** West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

***Notice:*** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*