# Exhibit C

# Melissa Mazzitelli

| | |
|---|---|
| **From:** | Melissa Mazzitelli |
| **Sent:** | Thursday, August 18, 2022 11:44 AM |
| **To:** | Pasternack, Chad A. |
| **Subject:** | Cherfrere GC |

Chad,

I'll be filing a revised disclosure and amending our interrogatories later today, but the general contractor's name is Fabolon St. Louis



fa███████@gmail.com

JJ the handyman is █████████



**Melissa Mazzitelli, Esq.**
Attorney

**THE ROLLER LAW GROUP**

801 NE 167TH Street | 2nd Floor | N. Miami Beach, FL 33162

Office: 954.828.0333

Direct: 954.828.0341

MMazzitelli@roller.law | www.rollerlawgroup.com

**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed, or the employee or agent responsible for delivery to the intended recipient, and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.