# Melissa Mazzitelli

| | |
|---|---|
| **From:** | Pasternack, Chad A. <CPasternack@cozen.com> |
| **Sent:** | Tuesday, August 23, 2022 6:53 PM |
| **To:** | Melissa Mazzitelli; Brian Roller; Ulissa Montero |
| **Cc:** | Dickenson, John David; Daugharty, Kristen |
| **Subject:** | RE: NOTICE OF SERVING COURT DOCUMENTS: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company |

Hi Melissa,

Document discovery and depositions have little to do with each other. The Plaintiff did not raise any issue with Westchester's discovery responses or objections. Westchester's underwriting file did not appear relevant until we took the Plaintiff's deposition on Thursday, where he contended that no one said anything to him about smoke detectors prior to the fire. Mr. Cherfrere also repeatedly referred to a "4 point inspection" that he contends Westchester performed. In response his testimony, Westchester produced the application Mr. Cherfrere signed wherein he checked a box stating that the property has smoke detectors, the binder and quote documents that reflect the Protective Safeguard endorsement, and the "4 point inspection" document that was performed by a third-party. I am at a loss as to why the Plaintiff would find his own signed insurance application so objectionable.

Given that it is undisputed that the property did not have smoke detectors despite a clear requirement in the policy, I am concerned that discovery might be becoming wasteful. During the non-party deposition that took place today, approximately 45 minutes of questioning was devoted to asking the non-party witness what he thinks smoke detectors are and how he would define the word "maintain."

Although I discourage wasteful discovery, I am open to discussing these issues with my client. If you believe you need another deposition, please let me know the specific scope you believe is necessary. Clearly, the entire broad category of underwriting is overbroad and not relevant (e.g., the setting of premiums, endorsements adding coverage for different locations, etc.). If there is some narrower issue that you believe is important to the resolution of this lawsuit, we are happy to consider it. But again, I fail to see what the actual dispute is or why the discovery is needed other than for the purpose of taking more discovery.

Please let me know if you would like to discuss further.

Thank you,

Chad



**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269  F: 561-515-5230
Email | Bio | Map | cozen.com

---

**From:** Melissa Mazzitelli <mmazzitelli@roller.law>
**Sent:** Tuesday, August 23, 2022 2:07 PM
**To:** Pasternack, Chad A. <CPasternack@cozen.com>; Brian Roller <broller@roller.law>; Ulissa Montero <umontero@roller.law>

Cc: Dickenson, John David <jdickenson@cozen.com>; Daugharty, Kristen <KDaugharty@cozen.com>
Subject: RE: NOTICE OF SERVING COURT DOCUMENTS: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company

**\*\*EXTERNAL SENDER\*\***

Good afternoon,

This production is late we have already taken testimony of your corporate representative.  We would like to depose your corporate representative further.  Please provide dates for further examination.

Best,
Melissa

---

From: Pasternack, Chad A. <CPasternack@cozen.com>
Sent: Tuesday, August 23, 2022 12:05 PM
To: Melissa Mazzitelli <mmazzitelli@roller.law>; Brian Roller <broller@roller.law>; Ulissa Montero <umontero@roller.law>
Cc: Dickenson, John David <jdickenson@cozen.com>; Daugharty, Kristen <KDaugharty@cozen.com>
Subject: NOTICE OF SERVING COURT DOCUMENTS: Case 1:22-cv-20673-KMM Cherfrere v. Westchester Surplus Lines Insurance Company

Case Name:    Cherfrere v. Westchester Surplus Lines Insurance Company
Case Number:  1:22-cv-20673-KMM

Please see the attached supplemental document production from Westchester Surplus Lines Insurance Company (WSLIC_000719-001031).

Thank you,

Chad

**Chad A. Pasternack**
**Associate Attorney | Cozen O'Connor**
One North Clematis Street, Suite 510 | West Palm Beach, FL 33401
P: 561-515-5269 F: 561-515-5230
Email | Bio | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***